# NO. 12-16-00180-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SCARBROUGH HAVEN L.L.C., A TEXAS LIMITED LIABILITY COMPANY,* <br> *APPELLANT* | § | *APPEAL FROM THE 354TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *PLAINS PIPELINE, L.P., A TEXAS LIMITED PARTNERSHIP,* <br> *APPELLEE* | § | *RAINS COUNTY, TEXAS* |

---

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant filed a document with the trial court clerk expressing its intent to appeal the award of special commissioners in a condemnation case. Ultimately, the document was transmitted to this Court. The clerk of this Court filed the document and requested that Appellant remit the filing fee for the appeal. Appellant responded that the document relates only to the pending proceeding in the trial court and that it does not intend to initiate an appellate proceeding in this Court at this time. Because Appellant does not wish to pursue an appellate proceeding here at this time, we *dismiss* the appeal. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered July 20, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 20, 2016

NO. 12-16-00180-CV

**SCARBROUGH HAVEN L.L.C., A TEXAS LIMITED LIABILITY COMPANY,**
Appellant
V.
**PLAINS PIPELINE, L.P., A TEXAS LIMITED PARTNERSHIP,**
Appellee

Appeal from the 354th District Court

of Rains County, Texas (Tr.Ct.No. 9928)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*